IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DEBRA A. EMRY                                                                                          PLAINTIFF

      V.                              CIVIL NO. 2:14-cv-02069-MEF

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                                    DEFENDANT

## JUDGMENT

For the reason stated in the memorandum opinion of this date, the decision of the Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE. **The parties have sixty (60) days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED this 19th day of June, 2015.

                                                              /s/ *Mark Ford*
                                                  HON. MARK FORD
                                                  UNITED STATES MAGISTRATE JUDGE